# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:19-cv-312-GCM

FIDUS INVESTMENT CORPORATION,

      Plaintiff,

v.

                                       ORDER

DANIEL A. MCCOLLUM,

      Defendant.

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jonathan D. Miller,** filed November 15, 2019 (Doc. No. 16).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Miller is admitted to appear before this court *pro hac vice* on behalf of Huron Consulting Group, Inc..

**IT IS SO ORDERED.**

Signed: November 15, 2019

Graham C. Mullen
United States District Judge