IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-CV-312-GCM

| | |
|---|---|
| FIDUS INVESTMENT CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br><br>DANIEL A. MCCOLLUM,<br><br><br>        Defendant,<br><br>v.<br><br><br>DRIVETRAIN, LLC, TIM DAILEADER, and HURON CONSULTING GROUP, INC.,<br><br>        Third-Party Defendants. | ORDER |

**THIS MATTER** is before the Court upon Defendant's Motion to Stay (Doc. No. 37), requesting that the Court stay all briefing deadlines until it resolves Plaintiff's Motion to Amend/Correct Complaint ("Motion to Amend") (Doc. No. 33). Defendant maintains that if the Court were to grant Plaintiff's Motion to Amend, Defendant's counterclaims and Third-Party Complaint (Doc. No. 9) would likely need to be amended and substantial briefing related to the pleadings would likely need to be re-briefed. (Doc. No. 37, at 2). Thus, in the interest of judicial economy, the Court hereby **STAYS** all briefing deadlines until it can resolve Plaintiff's Motion to Amend. The Court instructs the parties that it will provide a briefing scheduling order after deciding the Motion to Amend.

1

**SO ORDERED.**

Signed: January 14, 2020

Graham C. Mullen
United States District Judge