# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00312-GCM

| | |
|---|---|
| WEST INVESTMENT FOREIGN SHARES, LLC, FIDUS INVESTMENT CORPORATION, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>GROVE 1005, LLC, JOHN SHAW, DANIEL A. MCCOLLUM, MCCOLLUM BUSINESS, LLC, <br><br>　　　　Defendants. | **ORDER** |

**THIS MATTER** is before the Court upon the Parties' request for a status conference regarding certain upcoming deadlines in the case.

Accordingly, a status conference is ordered for Thursday, September 17, 2020 at 11:00 AM by telephone. Parties should connect to the Court at: (866) 434-5269; Access Code: 8297525; Security Code: 7450.

**SO ORDERED.**

Signed: September 11, 2020

Graham C. Mullen
United States District Judge