IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00312-GCM

| | |
|---|---|
| WEST INVESTMENT FOREIGN SHARES, LLC, FIDUS INVESTMENT CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GROVE 1005, LLC<br>JOHN SHAW<br>DANIEL A. MCCOLLUM<br>MCCOLLUM BUSINESS, LLC,<br><br>Defendants. | **ORDER** |

THIS MATTER comes before the Court upon two motions filed on September 11, 2020. The first motion is Third-Party Defendants Drivetrain, LLC ("Drivetrain") and Tim Daileader's Motion for Order Clarifying Effect of August 17, 2020 Order on Movants' Obligations with Respect to Third-Party Complaint or, Alternatively, for Order Extending Time to Respond to Third-Party Complaint [ECF Doc. 56]. The Second Motion pertains to Defendants Dr. Danial A. McCollum and McCollum Business, LLC's Unopposed Motion for Extension of Time [ECF Doc. 57]. Having reviewed the Motions and being fully apprised of the premises, the Court finds good cause to extend the time within which the moving parties are required to file amended and responsive pleadings.

IT IS HEREBY ORDERED that Dr. McCollum shall file his Amended Answer, Amended Counterclaim, and Amended Third-Party Complaint by or before October 18, 2020;

1

IT IS FURTHER ORDERED that Third-Party Defendants Drivetrain and Daileader shall have until twenty days following the filing of all amended pleadings to respond thereto by filing any responsive pleadings.

SO ORDERED.

Signed: September 14, 2020

Graham C. Mullen
United States District Judge