# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00312-GCM

| | |
|---|---|
| WEST INVESTMENT FOREIGN SHARES, LLC, FIDUS INVESTMENT CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN SHAW, MCCOLLUM BUSINESS, LLC, GROVE 1005, LLC, DANIEL A. MCCOLLUM, <br><br> Defendants. | <u>**AMENDED ORDER**</u> |

**THIS MATTER** comes before the Court pursuant to Plaintiffs' Consent Motion for Extension of Time to File a Response to Defendants' Pleadings [ECF Doc. 68] and the Court's TEXT-ONLY ORDER granting the Motion as to Plaintiffs Fidus Investment Corporation and West Investment Foreign Shares, LLC. The portion of the Court's Order stating "Responses to all Defendants' pleadings due by 11/23/2020" is hereby amended to "Plaintiffs Fidus Investment Corporation and West Investment Foreign Shares, LLC's Responses to Defendants Daniel A. McCollum, John Shaw, Grove 1005, and McCollum Business, LLC's pleadings due by 11/23/2020." All other deadlines remain unchanged.

**SO ORDERED**.

Signed: November 5, 2020

Graham C. Mullen
United States District Judge