IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00312-GCM

| | |
|---|---|
| WEST INVESTMENT FOREIGN SHARES, LLC, FIDUS INVESTMENT CORPORATION,  Plaintiffs/Counterclaim Defendant,  v.  JOHN SHAW, MCCOLLUM BUSINESS, LLC, GROVE 1005, LLC, DANIEL A. MCCOLLUM,  Defendants/Counterclaim Plaintiff/Third-Party Plaintiff,  v.  DRIVETRAIN, LLC, TIM DAILEADER, HURON CONSULTING GROUP, INC.,  Third-Party Defendants. | **ORDER** |

**THIS MATTER** comes before the Court *sua sponte*. The Court has reviewed Defendant Daniel A. McCollum's Motion to Stay Pending Resolution of Criminal Investigation and Incorporated Memorandum in Support (ECF Doc. 84). Upon Defendant McCollum's request "that the Court stay the instant overlapping case until [McCollum] either pleads guilty . . . or is convicted by a jury at the conclusion of his criminal trial," and upon Defendant McCollum's representation

that he would either "plead guilty by December 31, 2020 or be indicted by a grand jury in January 2021," the Court finds that a status report is required prior to ruling on this motion.

**IT IS THEREFORE ORDERED** that Defendant McCollum shall file a status report by or before April 20, 2021 to apprise the Court of the status of the criminal investigation and proceedings underlying this motion.

**SO ORDERED**.

Signed: April 9, 2021

Graham C. Mullen
United States District Judge