# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00312-GCM

| | |
|---|---|
| WEST INVESTMENT FOREIGN SHARES, LLC, FIDUS INVESTMENT CORPORATION, <br><br> Plaintiffs/Counterclaim Defendant, <br><br> v. <br><br> JOHN SHAW, MCCOLLUM BUSINESS, LLC, GROVE 1005, LLC, DANIEL A. MCCOLLUM, <br><br> Defendants/Counterclaim Plaintiff/Third-Party Plaintiff, <br><br> v. <br><br> DRIVETRAIN, LLC, TIM DAILEADER, HURON CONSULTING GROUP, INC., <br><br> Third-Party Defendants. | **ORDER** |

    **THIS MATTER** comes before the Court *sua sponte*. On April 28, 2021, the Court entered an Order staying this action for ninety days, pending resolution of a criminal investigation. The Court directed that a status conference would be set near the end of the ninety-day stay.

    **IT IS THEREFORE ORDERED** that a telephonic status conference will be set in this matter for Friday, July 23, 2021, at 11:00 AM before the Honorable Graham C. Mullen. Parties should connect to the Court by dialing (866) 434-5269. The access code is 8297525.

**SO ORDERED**.

Signed: July 12, 2021

Graham C. Mullen
United States District Judge