# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00312-GCM

| | |
|---|---|
| WEST INVESTMENT FOREIGN SHARES, LLC, FIDUS INVESTMENT CORPORATION, <br><br>　　　Plaintiffs/Counterclaim Defendant, <br><br>　v. <br><br>JOHN SHAW, MCCOLLUM BUSINESS, LLC, GROVE 1005, LLC, DANIEL A. MCCOLLUM, <br><br>　　　Defendants/Counterclaim Plaintiff/Third-Party Plaintiff, <br><br>　v. <br><br>DRIVETRAIN, LLC, TIM DAILEADER, HURON CONSULTING GROUP, INC., <br><br>　　　Third-Party Defendants. | **ORDER** |

**THIS MATTER** comes before the Court *sua sponte*. On July 23, 2021, the Court held a status conference in this matter to determine whether the current stay, which is set to expire on July 27, 2021, should be lifted. Upon the representations of the parties and a thorough review of the matter, the Court concludes that the current stay of all proceedings in this action should be continued for an additional ninety days, at which point the Court will reassess whether the stay should be lifted.

In accordance therewith, the Court concludes that the parties should file a status report by or before October 18, 2021, advising the Court of the status of this action and the related criminal proceedings. A joint status report from all parties is preferred. However, if the filing of such a joint status report is not logistically feasible, then the parties may file *brief* individualized letters with the Court, apprising the Court of the status of this action. Based on the report(s), the Court may schedule another telephonic status conference if necessary.

**IT IS THEREFORE ORDERED** that:

1. The stay shall continue up to and including October 25, 2021; and

2. The parties shall file a status report, as set forth herein, by or before October 18, 2021, to advise the Court on the status of this action and the related criminal proceedings.

**SO ORDERED.**

Signed: July 23, 2021

Graham C. Mullen
United States District Judge