# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00312-GCM

| | |
|---|---|
| **WEST INVESTMENT FOREIGN SHARES, LLC,** **FIDUS INVESTMENT CORPORATION,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **DANIEL A. MCCOLLUM,** **JOHN SHAW,** **MCCOLLUM BUSINESS, LLC,** **GROVE 1005, LLC,** <br><br> **Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. It appears to the Court that a judicial settlement conference may be beneficial in achieving an efficient resolution of this dispute.

**IT IS THEREFORE ORDERED** that:

1. The parties are **DIRECTED** to participate in a judicial settlement conference.

2. The matter is **REFERRED** to the Honorable David C. Keesler, United States Magistrate Judge, for the conduct of a judicial settlement conference.

3. The parties shall **PROMPTLY CONTACT** Judge Keesler's chambers at (704) 350-7430 in order to schedule the conference.

**SO ORDERED**.

Signed: July 20, 2022

*Graham C. Mullen*
Graham C. Mullen
United States District Judge