IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CV-312-GCM

| | |
|---|---|
| FIDUS INVESTMENT CORPORATION, and WEST INVESTMENT FOREIGN SHARES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL A. MCCOLLUM, JOHN SHAW, MCCOLLUM BUSINESS, LLC, GROVE 1005, LLC, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a status conference call. Pursuant to an Order (Document No. 127) of the Honorable Graham C. Mullen, the parties have been directed to participate in a Judicial Settlement Conference with the undersigned. The Court believes that in light of the complexity of the case, a status conference call to discuss the case, to assess the likely prospects for a conference, and if appropriate, to determine the particulars for a conference, would be beneficial.

**IT IS, THEREFORE, ORDERED** that a telephonic status conference will be set in this matter for Tuesday, October 4, 2022, at 2:00 PM before the Honorable David C. Keesler. Parties should connect to the Court by dialing 888-808-6929. The access code is 7044531#.

**SO ORDERED**.

Signed: September 15, 2022

David C. Keesler
United States Magistrate Judge